UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
JANET REYNOLDS,

                Plaintiff,

           -against-                              **ORDER**
                                              14 CV 2429 (CLP)

AMERICAN AIRLINES, INC.,

                Defendant.
----------------------------------------------------------- X

**POLLAK**, United States Magistrate Judge:

      Motions *in Limine* were due in this personal injury action on November 3, 2017, and oppositions thereto are due on November 13, 2017. The final pre-trial conference is scheduled to take place on November 20, 2017, and jury trial is scheduled to commence on November 27, 2017.

      Plaintiff filed her motion *in limine* on November 3, 2017. (See Pl.'s Mot., Nov. 3, 2017, ECF No. 84). The motion references two separate exhibits, Exhibit A and Exhibit B, but does not attach any exhibits. (See id. at 2, 4). The Court issued an Order shortly after plaintiff's filing directing her counsel, Clara M. Villarreal, to submit the exhibits via the Court's CM/ECF system as soon as possible. (See Electronic Order, Nov. 3, 2017). The Court observes that this is at least the second time that plaintiff has filed a motion that references exhibits plaintiff has failed to file on ECF. (See Electronic Order, Oct. 26, 2017).

      When the Court's law clerk attempted to call Ms. Villarreal to notify her of the missing exhibits, it was discovered that although a notice of appearance was filed that bore Ms. Villarreal's signature, it was filed by Jason Herbert, another attorney with Ms. Villarreal's firm, Krentsel & Guzman LLP. (See Not. of Appearance, Nov. 2, 2017, ECF No. 79). Thus, it would

appear that Ms. Villarreal is not registered to receive electronic notifications through the Court's CM/ECF system as required by the Local Rules and the undersigned's Individual Rules of Practice. Furthermore, none of the filings signed by Ms. Villarreal contain an e-mail address for her, despite the requirement that all papers filed with the Court "must state the signer's . . . e-mail address." Fed. R. Civ. P. 11(a). It is therefore unclear if Ms. Villarreal has received the Court's notifications regarding the deficient filing.

The Court therefore Orders Ms. Villarreal to file a notice of appearance that complies with the Local Rules, including the requirement that attorneys register for electronic service of court filings through the CM/ECF system. Mr. Herbert, who remains listed as plaintiff's lead attorney, is Ordered to provide a copy of this Order to Ms. Villarreal immediately upon receipt.

Plaintiff is further Ordered to file Exhibits A and B to her motion *in limine* through the Court's CM/ECF system by 5:00 p.m. today, November 6, 2017, if she intends that the Court consider such exhibits in connection with her motion *in limine*.

The Clerk is directed to send copies of this Order to the parties either electronically through the Electronic Case Filing (ECF) system or by mail.

**SO ORDERED.**

Dated: Brooklyn, New York
November 6, 2017

/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York

2